UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.: 2:25-cr-46-SPC-DNF

CHRISTOPHER GEORGE MONTGOMERY

### FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Final Order of Forfeiture. (Doc. 47).  The Government seeks to have forfeited a **Glock pistol with magazine, extended magazine, and approximately 43 rounds of 9mm ammunition** ("**Assets**"), which were subject to the Court's September 24, 2025 Order of Forfeiture. (Doc. 44).  Although the Government gave proper notice, no third-party has petitioned for the Assets, and the time to do so has expired.  The Court thus will forfeit all right, title, and interest in the Assets to the Government. *See* 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Final Order of Forfeiture (Doc. 47) is

**GRANTED**.

1.    Defendant's interest in the Glock pistol with magazine, extended magazine, and approximately 43 rounds of 9mm ammunition is

**CONDEMNED** and **FORFEITED** to the United States for disposition according to law and subject to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2).

2. Clear title to the Assets is now **VESTED** in the United States.

**DONE** and **ORDERED** in Fort Myers, Florida, on March 26, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2